**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kelvin Larone WILLIAMS, a.k.a.**
**Cheese, Defendant–**
**Appellant.**

**No. 10–15568**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2011.

Leura Garrett Canary, A. Clark Morris, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Crowell Pate Debardeleben, Pate Debardeleben, Attorneys at Law, Montgomery, AL, Kelvin Larone Williams, Wetumpka, AL, for Defendant–Appellant.

Before MARCUS, MARTIN and FAY, Circuit Judges.

## PER CURIAM:

Daniel Hamm, appointed counsel for Kelvin Larone Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams' conviction and sentence are **AFFIRMED.**